IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 SEP 29 PM 4:06

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SAVE OUR SPRINGS (S.O.S.) | § | CAUSE NO. A-08-CA-727 LY |
| ALLIANCE, INC., | § | (Consolidated with A-08-CA-753-LY) |
| DEBTOR. | § | |

## FINAL JUDGMENT

On this same date, the Court denied the above-referenced appeal of Save Our Springs (S.O.S.) Alliance, Inc. Accordingly, the Court renders the following final judgment.

**IT IS ORDERED** that the Order Denying Confirmation of Debtor's First Amended Plan signed April 11, 2008 is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Order Denying Debtor's Motion for New Trial or to Amend Order Denying Confirmation or, in the Alternative, to Present Additional Evidence on Confirmation signed June 13, 2008 is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Order Denying, as Moot, Debtor's Motion for New Trial or to Amend Order Granting in Part Debtor's Motion to Extend Time to Confirm Debtor's First Amended Plan of Reorganization pursuant to 11 U.S.C. §§ 1121(c)(3) and 1129(e) signed June 16, 2008 is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Order granting Sweetwater's Motion to Dismiss Case signed August 8, 2008 is **AFFIRMED**.

**IT IS FURTHER ORDERED** that Order Denying Debtor's Amended Motion to Determine that Debtor is Not a "Small Business Debtor" and Striking Debtor's Amended Petition signed August 8, 2008 is **AFFIRMED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this 29th day of September, 2009.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE